Case 2:08-cv-05212-URC   Document 3   Filed 08/15/08   Page 1 of 1   Page ID #:12

1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

5

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,       | No. CV A 08-5212
11 |              Plaintiff,         |
12 |      vs.                        | CONSENT JUDGMENT
13 | WILLIAM A. KIRKPATRICK,         |
14 |              Defendant          |

15

16     Pursuant to the above stipulation of the parties,
17 Judgment is hereby entered in favor of Plaintiff, UNITED
18 STATES OF AMERICA, against Defendant, William A.
19 Kirkpatrick, in the principal amount of $5,795.49 plus
20 interest accrued to July 10, 2008, in the sum of $8,544.64;
21 with interest accruing thereafter at $1.15 per day until
22 entry of judgment, for a total amount of  **$14,340.13**.

23

24

25 DATED: 08/15/2008           By: SHERRI R. CARTER
                                   Clerk of the Court
26

27                               A. KANNIKE
28                               Deputy Clerk
                                 United States District Court

Page 5